JS - 6
**FILED: 2/16/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Chen, et al.** | CASE NO. ED CV 11-73-GHK (OPx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| **GMAC Mortgage, et al.** | |
| Defendants. | |

Pursuant to the Court's February 15, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiffs Jerry Chen and Xiu Zhen Zhou's ("Plaintiffs") claims against Defendants GMAC Mortgage, LLC (erroneously sued as GMAC Mortgage), Executive Trustee Services, LLC dba ETS Services, LLC, and Mortgage Electronic Registration Systems, Inc. are **DISMISSED**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 16, 2011

_____
GEORGE H. KING
United States District Judge